```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 24188
    STEVEN L FREEMAN
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

        Debtor
    SSN XXX-XX-5384


--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 09/12/2008 and was not confirmed.

     The case was dismissed without confirmation 12/08/2008.
--------------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT   INTEREST      PRINCIPAL
                                                         PAID          PAID
--------------------------------------------------------------------------
BENEFICIAL ILLINOIS      CURRENT MORTG       .00          .00           .00
BENEFICIAL ILLINOIS      MORTGAGE ARRE   1000.00          .00           .00
LITTON LOAN SERVICING    CURRENT MORTG       .00          .00           .00
LITTON LOAN SERVICING    MORTGAGE ARRE  33000.00          .00           .00
FORD MOTOR CREDIT        SECURED VEHIC       .00          .00           .00
FORD MOTOR CREDIT        UNSECURED      NOT FILED         .00           .00
WELLS FARGO FINANCIAL IL UNSECURED         320.75         .00           .00
LVNV FUNDING             UNSECURED         560.53         .00           .00
MEDICAL COLLECTIONS SYS  UNSECURED      NOT FILED         .00           .00
NCO FINANCIAL            UNSECURED      NOT FILED         .00           .00
PEOPLES GAS LIGHT & COKE UNSECURED         2331.58        .00           .00
TARGET NATIONAL BANK     UNSECURED      NOT FILED         .00           .00
UNITED FINANCIAL SERVICE UNSECURED      NOT FILED         .00           .00
VALUE CITY DEPARTMENT ST UNSECURED      NOT FILED         .00           .00
LITTON LOAN SERVICING LP MORTGAGE NOTI  NOT FILED         .00           .00
JOYNER LAW OFFICE        DEBTOR ATTY      2,499.00                      .00
TOM VAUGHN               TRUSTEE                                        .00
DEBTOR REFUND            REFUND                                         .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                          RECEIPTS         DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                        .00
SECURED                                         .00
UNSECURED                                       .00
ADMINISTRATIVE                                  .00
TRUSTEE COMPENSATION                            .00
DEBTOR REFUND                                   .00
                       ---------------    ---------------
TOTALS                       .00                .00
```

PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 24188 STEVEN L FREEMAN

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 03/05/09 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |